**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Larry Sinclair WILLIAMS,**
**Defendant–Appellant.**

No. 10–6836.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 24, 2011.

Decided: March 2, 2011.

Larry Sinclair Williams, Appellant Pro Se. Lisa Owings, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Sinclair Williams sought, under 18 U.S.C.A. § 3582 (West 2000 & Supp.2010), to reduce the consecutive sentences imposed for his multiple convictions for use and carry of firearm during a crime of violence in violation of 18 U.S.C.A. § 924(c)(1) (West Supp.2010). The district court denied relief. For the reasons that follow, we affirm.

To the extent Williams seeks relief under § 3582(c)(2), his claim fails because he does not rely on a sentencing range that has been subsequently lowered by the Sentencing Commission. To the extent Williams seeks relief under § 3582(c)(1)(B), his claim fails on the merits. We have previously held that convictions for separate crimes of violence may lead to multiple sentences under § 924(c). *United States v. Luskin*, 926 F.2d 372, 376–77 (4th Cir.1991); *see United States v. Khan*, 461 F.3d 477, (4th Cir.2006) (noting that defendant's conviction on four crime-of-violence charges constituted separate

predicate offenses, each of which supported consecutive firearms offense sentence). Here, Williams' separate § 924(c) sentences were based his separate convictions for armed bank robbery.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*